**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**David Wayne MENZ, Defendant—
Appellant.**

No. 05–30359.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Decided July 28, 2006.

Craig W. Haller, Esq., Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

David F. Ness, Esq., Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

David Wayne Menz appeals from the 40–month sentence imposed following his guilty-plea conviction for assault with a dangerous weapon, in violation of 18 U.S.C. § 113(a)(3). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review the sentence for reasonableness, see United States v. Booker, 543 U.S. 220, 260–64, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and we affirm.

Menz contends that the district court imposed an unreasonable sentence when it sentenced him to a term of imprisonment which was three months above his advisory guidelines range. We disagree.

We have previously stated that, "[t]o comply with the requirements of Booker, the district court must have sufficiently considered the Guidelines as well as the other factors listed in 18 U.S.C. § 3553(a)." United States v. Knows His Gun, 438 F.3d 913, 918 (9th Cir.2006). The record demonstrates that the district court did, in fact, specifically consider the advisory guidelines range and § 3553(a) before imposing Menz's 40–month sentence. Therefore, Menz's sentence is not unreasonable. See id. (stating that the requirement to consider the § 3553(a) factors necessitates "a showing that the district court considered the statutorily-designated factors in imposing a sentence").

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.